THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN KLINT,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>                Defendants. | CASE NO. C18-1027-JCC<br><br>MINUTE ORDER REQUIRING PLAINTIFF TO SHOW CAUSE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Warren Klint's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). Plaintiff alleges that Defendants violated his constitutional rights when they attempted to evict him on October 26, 2017. (*Id*. at 4.) He seeks leave to bring a claim for relief in accordance with 42 U.S.C. § 1983. (*Id*.) This is the second time Mr. Klint has filed a complaint relating to this eviction action seeking § 1983 relief. *See Klint v. Moore*, C17-1622-JCC (Dkt. No. 4). His complaints followed four meritless attempts to remove to this Court the underlying unlawful detainer actions, in which Mr. Klint was the named defendant. *See Bank of New York Mellon v. Klint*, C16-0017-RAJ (Dkt. No. 12 at 3); *Bank of New York Mellon v. Klint*, C16-0588-RSL (Dkt. No. 11 at 1); *Bank of New York Mellon v. Klint*, C16-1192-JCC (Dkt. No. 5 at 1–2); *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No.

17 at 1).

Following Mr. Klint's fourth attempted removal, the Court entered a vexatious litigating order. *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No. 10 at 3). Pursuant to this order, Mr. Klint must "seek and obtain this Court's formal written permission before bringing any removal or federal action" relating to the "current eviction action." *Id*. It appears that Mr. Klint has failed to do so.

Accordingly, the Court ORDERS Mr. Klint to show cause why it should consider his application to proceed *in forma pauperis* (Dkt. No. 1) in light of the current bar order. Mr. Klint's response may not be longer than two (2) pages and must be filed by July 23, 2018. The Court DIRECTS the Clerk to terminate this case if Mr. Klint fails to respond by this date.

DATED this 16th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk