UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN KLINT,<br><br>              Plaintiff,<br><br>   v.<br><br>KING COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>              Defendants. | CASE NO. C18-1027-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Warren Klint's response (Dkt. No. 5) to the Court's order to show cause (Dkt. No. 4). Mr. Klint, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* (Dkt. No. 1). In his complaint, Mr. Klint alleges that Defendants violated his constitutional rights when they attempted to evict him on October 26, 2017. (*Id.* at 4.) He seeks leave to bring a claim for relief under 42 U.S.C. § 1983. (*Id.*) This is the second time Mr. Klint has filed a complaint relating to this eviction action seeking § 1983 relief. *See Klint v. Moore*, C17-1622-JCC (Dkt. No. 4). His complaints followed four meritless attempts to remove to this Court the underlying unlawful detainer actions, in which Mr. Klint was the named defendant. *See Bank of New York Mellon v. Klint*, C16-0017-RAJ (Dkt. No. 12 at 3); *Bank of New York Mellon v. Klint*, C16-0588-RSL (Dkt. No. 11 at 1); *Bank of New York*

*Mellon v. Klint*, C16-1192-JCC (Dkt. No. 5 at 1–2); *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No. 17 at 1).

Following Mr. Klint's fourth attempted removal, the Court entered a vexatious litigating order. *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No. 10 at 3). Pursuant to this order, Mr. Klint must "seek and obtain this Court's formal written permission before bringing any removal or federal action" relating to the "current eviction action." *Id*. The Court ordered Mr. Klint to show cause why the Court should consider his application proceed in *forma pauperis* in light of the existing vexatious litigant order (Dkt. No. 4). Mr. Klint timely responded (Dkt. No. 5).

Mr. Klint has failed to show cause why the Court should consider his complaint. Specifically, Mr. Klint's complaint alleges claims that deal with the same eviction action this Court has refused to consider. *See* C16-1440-JCC (Dkt. No. 10 at 3). Pursuant to the Court's vexatious litigant order, the Clerk is DIRECTED to terminate this case. The Clerk is further DIRECTED to send a copy of this order to Mr. Klint.

DATED this 25th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
